IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICKI L. WOFFORD et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-5637 |
| | : | |
| UNITED FINANCIAL CASUALTY COMPANY | : | |
| | : | |

**ORDER**

AND NOW, this 29th day of July, 2026, upon consideration of Defendant United Financial Casualty Company d/b/a Progressive Commercial's ("Progressive") Partial Motions to Dismiss (Dkt. Nos. 9 & 13) and Plaintiffs Vicki L. Wofford and Gerald C. Wofford's response thereto—and for the reasons set forth in the accompanying Memorandum—it is ORDERED as follows:

- Progressive's Partial Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 9) is DISMISSED AS MOOT;
- Progressive's Partial Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. No. 13) is DENIED;
- Progressive is DIRECTED to file its answer to Plaintiffs' Amended Complaint by **August 12, 2026**.
- A telephonic Rule 16 conference will be held in the above-captioned matter on **August 14, 2026, at 10:00 a.m.** Counsel are required to complete Rule 26(a) disclosures, to confer pursuant to Rule 26(f), and to complete and submit to the Court the Joint Rule 16 Conference Information Report included in Judge Sánchez's procedures at least 24 hours prior to the Rule 16 conference.[1] Dial-in information for the call will be circulated separately.

[1] Judge Sánchez's procedures are available at www.paed.uscourts.gov.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.